UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

AKIL CARTER, et al.,
    Plaintiffs,

v.                                                     Case No. 19CV1422-JPS

CITY OF WAUWATOSA, et al.,
    Defendants.
_____

**NOTICE OF SERVICE OF DISCOVERY PROPOUNDED UPON DEFENDANTS**
_____

PLEASE TAKE NOTICE that, on this date, the following discovery was propounded upon the Defendants, via electronic mail service upon Defense Counsel, John Wolfgang:

Deposition Notices for all Defendants;

Interrogatories propounded upon Defendant City of Wauwatosa;

Document Requests propounded upon Defendant City of Wauwatosa; and

Requests for Admission propounded upon Defendant City of Wauwatosa.

Respectfully submitted this 31st day of March, 2020.

                                                 s/Joy Bertrand
                                                 Joy M. Bertrand, Esq.
                                                 Attorney for the Plaintiff
                                                 Wisconsin Bar Number 1029483

PO Box 2734
Scottsdale, AZ 85252-2734
Office – 602-374-5321
Fax – 480-361-4694
Email – joyous@mailbag.com