Gunta Law Offices, S.C.

Attorneys at Law

*Attorneys*

Gregg J. Gunta, Esq.
Ann C. Wirth, Esq.
Jasmyne M. Baynard, Esq.
Kyle R. Moore, Esq.

*Paralegal*

Christine M. Montgomery

August 27, 2021

Via ECF Filing

Honorable J.P. Stadtmueller
United States District Court
517 East Wisconsin Ave.
Milwaukee, WI 53202

Re: Carter v. City of Wauwatosa, et al
Case No. 19-CV-1422

Dear Judge Stadtmueller:

Please accept this letter as my explanation and apology for the filing error addressed in your August 16, 2021 Order, Docket #54. I personally e-filed the pleadings in response to Plaintiffs' Motion for Partial Summary Judgment on May 7, 2021, Docket Numbers 43-46. I inadvertently filed the Proposed Findings of Fact two times, labeling one as the Response Brief, and failed to file the Response Brief. On May 10, 2021, I received an ECF Notice of Electronic Filing Error regarding Docket Numbers 43-46, which stated that incorrect events had been chosen for the filings but there was no need to refile the documents.

I became aware from the Court's August 16, 2021 Order that it was the Court's understanding that Defendants had not filed a Response Brief to Plaintiffs' Partial Summary Judgment Motion. I checked the PACER Report and determined the Response Brief I had thought I had filed in fact had not been filed. I confirmed this today with a phone call to the Court's clerk.

Therefore, today I e-filed the Response Brief dated May 7, 2021, which I erroneously failed to file on that date.

Very truly yours,

/s/ *Ann C. Wirth*

Ann C. Wirth, WI State Bar No. 1002469
GUNTA LAW OFFICES, S.C.
9898 West Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
Telephone: (414) 291-7979
Email: acw@guntalaw.com