IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**AKIL CARTER, et al.**
**PLAINTIFFS,**

v.                      Case No. 19CV1422-JPS

**CITY OF WAUWATOSA, et al.;**
**DEFENDANTS.**

_____

**MOTION TO SEAL MOTION EXTEND TIME TO FILE THE PLAINTIFFS' RESPONSE TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO SEPTEMBER 19, 2021 (RESPONSE FILED *INSTANTER*)**
**(SUBMITTED UNDER SEAL)**
_____

NOW COMES the Plaintiffs, by their attorney, Joy Bertrand, to ask the Court to seal their Motion to Extend Time to File their Response to the Defendants' Motion to Seal for Summary Judgment (Response Filed *Instanter*). As further grounds therefore, the Plaintiffs submit the following:

The Plaintiffs' Motion discusses Plaintiff's Counsel's private medical information, her ongoing medical condition, and its current obstacles. This private information is not appropriate for lodging on a public docket.

The Court will find attached a proposed Order.

Respectfully submitted this 19th day of September, 2021.

                                                   s/Joy Bertrand
                                                   Joy Bertrand
                                                   Attorney for Plaintiffs

Joy Bertrand, Attorney
Wisconsin Bar Number 1029483
PO Box 2734
Phone – 602-374-5321
Fax – 480-361-4694
Email – joyous@mailbag.com
www.joybertrandlaw.com