AKIL K. CARTER, et al.,

                      Plaintiffs,

v.                                                             Case No. 19-CV-1422

CITY OF WAUWATOSA, et al.,

                      Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

      Defendants, City of Wauwatosa, Barry Weber, Patrick Kaine, Luke Vetter, Nicole Gabriel, and Derek Dienhart, by their attorneys, Wirth + Baynard, respectfully move the Court, the Honorable J.P. Stadtmueller presiding, for an order dismissing Plaintiffs' Complaint, (ECF No. 1-2), in its entirety, including all claims alleged against the Defendants, on the merits and with prejudice pursuant to Fed. R. Civ. P. 56. Grounds for this Motion are stated in the Defendants' Brief in Support.

      This Motion is based upon the pleadings, the Defendants' Brief in Support of Summary Judgment, the Parties' Joint Statement of Facts in Support of Summary Judgment, and the Declarations (and exhibits attached thereto) of Jasmyne M. Baynard, Barry Weber, Luke Vetter, and Derek Dienhart. Through this Motion, the Defendants also seek the costs and disbursements of this Motion and action.

Dated this 19th day of July, 2022.

>  **WIRTH + BAYNARD**
>  Attorneys for Defendants
>
>  <u>/s/ Kiley Zellner</u>
>  Kiley B. Zellner, WI Bar No. 1056806
>  9898 W. Bluemound Road, Suite 2
>  Wauwatosa, Wisconsin 53226
>  T: 414) 291-7979 / F: (414) 291-796
>  Email: kbz@wbattys.com