Joseph M. Wirth
Jasmyne M. Baynard
Richard E. Schmidt
Ann C. Wirth
Kiley B. Zellner
Kyle R. Moore
Amanda E. Melrood

*Of Counsel*
Gregg J. Gunta



**WIRTH+BAYNARD**

ATTORNEYS & COUNSELORS

July 20, 2022

Clerk of Court's Office
U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202

    **RE:**    *Carter, et al. v. City of Wauwatosa, et al.*
            **Case No. 19cv1422**

Dear Clerk:

We serve as counsel to defendants in the above-captioned case. In support of Defendants' Motion for Summary Judgment filed with the court on July 19, 2022, enclosed please find a flash drive containing Exhibits A, G, and H to the Declaration of Jasmyne M. Baynard, and Exhibits D and E to the Declaration of Barry Weber.

By copy of this letter, counsel of record is being copied with a flash drive containing the same.

Thank you.

Very truly yours,
WIRTH + BAYNARD

*/s/ Kiley B. Zellner*

Kiley B. Zellner
KBZ/cmm

Enclosure

    c:    Attorney Joy Bertrand

Milwaukee Office
788 N. Jefferson Street, Suite 500
Milwaukee, WI 53202-4620
(414) 225-4060

wbattys.com

Wauwatosa Office
9898 W. Bluemound Road, Suite 2
Wauwatosa, WI 53226-4319
(414) 291-7979

Case 2:19-cv-01422-JPS   Filed 07/22/22   Page 1 of 1   Document 98