# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

**EXHIBIT AND WITNESS LIST**

Akil Carter, et al. V. City of Wauwatosa, et al.

Case Number: 19CV1422-JPS

| PRESIDING JUDGE J.P. Stadtmueller | PLAINTIFF'S ATTORNEY Joy Bertrand | DEFENDANT'S ATTORNEY Kiley B. Zellner and Jasmyne M. Baynard | 5 |
|---|---|---|---|
| TRIAL/HEARING DATE (S) August 22, 2022 | COURT REPORTER | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | | | | Deposition Transcript of Patrick Kaine | |
| 2 | | | | | Deposition Transcript of Carl Anderson | |
| 3 | | | | | Deposition Transcript of Luke Vetter | |
| 4 | | | | | Deposition Transcript of 30(b)(6) | |
| 5 | | | | | Deposition Transcript of Barry Weber February 25, 2021 | |
| 6 | | | | | Deposition Transcript of Derek Dienhart | |
| 7 | | | | | Deposition Transcript of Nicole Gabriel | |
| 8 | | | | | Declaration of Carl Anderson | |
| 9 | | | | | Video of Patrick Kaine Deposition | |
| 10 | | | | | Video of Carl Anderson Deposition | |
| 11 | | | | | Video of Luke Vetter Deposition | |
| 12 | | | | | Video of Barry Weber Deposition (12(a) and 12(b)) | |
| 13 | | | | | Video of Derek Dienhart Deposition (Withdrawn by Plaintiff) | |
| 14 | | | | | Video of Nicole Gabriel Deposition (Withdrawn by Plaintiff) | |
| 15 | | | | | Squad Video – Front -- Kaine | |
| 16 | | | | | Squad Video – Back -- Kaine | |
| 17 | | | | | Squad Video – Front -- Dienhart | |
| 18 | | | | | Kaine Report, September 2, 2018 | |
| 19 | | | | | Weber Depo. Transcript – *Knowlton v. City of Wauwatosa*, EDWI | |
| 20 | | | | | Weber Transcript – John Doe Proceeding, May 4, 2021 (ECF Doc. 59-2) | |
| 21 | | | | | John Doe Proceeding Transcript February 25, 2021 (ECF Doc. 59-4) | |
| 22 | | | | | November 26, 2018 Letter from Weber | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | VS. | | | CASE NO. | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS/ RULINGS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 23 | | | | | September 3, 2018 Letter to Weber | |
| 24 | | | | | Defendants' Answer to Complaint | |
| 25 | | | | | Dispatch Audio – WAV file | |
| 26 | | | | | Vetter Tipster Memo | |
| 27 | | | | | Vetter Report 9/2/18 | |
| 28 | | | | | Wauwatosa PD Racial Profiling Policy P.17-12 | |
| 29 | | | | | Wauwatosa PD In-Squad Digital Video System Policy (Plaint. 123 – 127) | |
| 30 | | | | | Wisconsin Dept. Justice Emergency Vehicle Contacts Training Manual | |
| 31 | | | | | Wisconsin Dept. Justice Constitutional Law Training and Standards | |
| 32 | | | | | Wauwatosa PD Vehicle Contact Lesson Plan (Plaint. 14-28) | |
| 33 | | | | | Wauwatosa PD Use of Force Policy (Plaint. 57-65) | |
| 34 | | | | | Wauwatosa PD Emergency Vehicle Policy (Plaint. 110-113) | |
| 35 | | | | | Wauwatosa PD Defensive and Arrest Tactics Sept./Oct. 2018 (Plaint. 189-196) | |
| 36 | | | | | Wauwatosa PD Defensive and Arrest Tactics Nov./Dec. 2015 (Plaint. 197-203) | |
| 37 | | | | | WI Dept. of Justice Professional Communication Skills Manual (Plaint 315-316) | |
| 38 | | | | | Wauwatosa PD Public Safety Review (Plaint 363-365) | |
| 39 | | | | | CPSM Study | |
| 40 | | | | | CPSM 6-2022 Update | |
| 41 | | | | | Akil Carter Psychotherapy Notes (Disclosed by Defense, no Bates numbering) | |
| 42 | | | | | Wauwatosa Restrictive Covenants Study | |
| 43 | | | | | Training Records – Officer Dienhart | |
| 44 | | | | | Training Records – Officer Gabriel | |
| 45 | | | | | Training Records – Officer Kaine | |
| 46 | | | | | Training Records – Officer Vetter | |