# COURT MINUTES OF FINAL PRE-TRIAL CONFERENCE

AKIL K. CARTER, PAULETTE H. BARR, and
SANDRA K. ADAMS,

v.                                                                                          CASE NO. 19-CV-1422-JPS

CITY OF WAUWATOSA, JAMES MACGILLIS,
PATRICK KAINE, LUKE VETTER, NICOLE
GABRIEL, and DEREK DIENHART.

## HON. J. P. STADTMUELLER PRESIDING

DATE: August 16, 2022                                      TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Caitlin Willenbrink       TIME CALLED: 8:29 a.m.

COURT REPORTER: Thomas Malkiewicz            TIME FINISHED: 8:41 a.m.

PLAINTIFFS BY: Joy Bertrand

DEFENDANTS BY: Kiley Zellner and Jasmyne Baynard

Notes:

8:29   Appearances; counsel for the parties appear in person; Court puts background of case on record
8:31   Court states trial will not proceed as originally scheduled for Monday, August 22 and notes parties' pretrial submissions have not conformed with the Court's orders
8:32   Court rejects contested motions in limine, jury instructions, and verdict form as failing to conform to Court's orders; details issues with parties' filings, discovery practices, and proposed witnesses
8:36   Court directs parties to confer as soon as practicable to address shortcomings in their motions in limine, jury instructions, and verdict form; should the parties wish to file an amended final pretrial report and/or motions in limine, they should file a motion seeking leaving to do so, with the relevant submissions attached; on receipt of such motion, the Court will review the content of the attachment(s) before accepting the report or ruling on any motions in limine

| | |
|---|---|
| 8:37 | Court notes that, if case proceeds to trial, trial will be completed in 2–3 days; Court directs parties to inform their clients that the case will not proceed to trial as scheduled due to counsel's failures to conform their submissions to the Court's orders |
| 8:39 | Parties have nothing further |
| 8:40 | Court reminds parties that mediation remains available; notes that trial will be rescheduled upon the Court's consideration of amended pretrial filings |
| 8:41 | Court stands in recess |