Joseph M. Wirth
Jasmyne M. Baynard
Ann C. Wirth
Amanda E. Melrood
Kyle R. Moore

*Of Counsel*
Gregg J. Gunta



March 1, 2023

Honorable J.P. Stadtmueller
United States District Court
517 East Wisconsin Ave.
Milwaukee, WI 53202

Re: ***Carter v. City of Wauwatosa, et al***
Case No. 19-CV-1422

Dear Judge Stadtmueller:

    To date, the primary attorneys from our law firm handling the defense of this matter have been Attorney Jasmyne M. Baynard and Attorney Kiley B. Zellner. This letter is written to advise the court and counsel that Attorney Zellner has left our law firm and that I will be appearing as additional counsel for the defendants with Attorney Baynard. The court and counsel may remove Attorney Zellner from their mailing lists. Nothing about my appearance on behalf of the defendants is intended as a request for adjustment of any court dates or scheduling deadlines. Concurrent with this letter, I have filed a formal Notice of Appearance.

    Thank you for your attention to this matter.

Very truly yours,

WIRTH + BAYNARD

*/s/electronically signed by Joseph M. Wirth*
JOSEPH M. WIRTH
**jmw@wbattys.com**