IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**AKIL CARTER, et al.**
**PLAINTIFFS,**

v.  Case No. 19CV1422-JPS

**CITY OF WAUWATOSA,** *et al.***;**
**DEFENDANTS.**

---

## NOTICE OF APPEAL

---

PLEASE TAKE NOTICE that the Plaintiffs, Akil Carter, Paulette Barr, and Sandy Adams, by and through her attorney, Joy Bertrand, hereby appeal to the United States Circuit Court for the Seventh Circuit from the order and final judgment entered in this action on May 4, 2023. (ECF Docs. 165 and 166)

Respectfully submitted this Second day of June, 2023.

s/Joy Bertrand
Joy Bertrand
Attorney for Plaintiffs

Joy Bertrand, Attorney
Wisconsin Bar Number 1029483
PO Box 2734
Phone – 602-374-5321
Fax – 480-361-4694
Email – joyous@mailbag.com
www.joybertrandlaw.com