# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 2, 2023

**To:** Gina M. Colletti
    Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-2111
>
> Caption:
> AKIL K. CARTER, et al.,
>         Plaintiffs - Appellants
>
> v.
>
> CITY OF WAUWATOSA, et al.,
>         Defendants - Appellees
>
> District Court No: 2:19-cv-01422-JPS
> District Judge J. P. Stadtmueller
> Clerk/Agency Rep Gina M. Colletti
> Court Reporter Susan M. Armbruster
>
> Date NOA filed in District Court: 06/02/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)